**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT WEBB, et al.,

    Plaintiffs,

v.                                        CV No. 19-229 SMV/CG

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING AND SETTING MOTION HEARING

**THIS MATTER** is before the Court on Defendant's *Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims*, (Doc. 12), filed May 1, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Plaintiff shall file a response to the motion no later than **Thursday, May 9, 2019**;

2. Defendant may file a reply in support of the motion by **Monday, May 13, 2019**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion by telephone on **Thursday, May 16, 2019, at 2:00 p.m.**, prior to the initial scheduling conference set for 2:30 p.m. (*see Doc. 23*). The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE