**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT WEBB, et al.,

    Plaintiffs,

v.                                                                             CV No. 19-229 SMV/CG

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 15), filed May 7, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 22).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE