IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT WEBB, et al.,

    Plaintiffs,

v.                                                                  CV No. 19-229 SMV/CG

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that the parties have settled this matter. *See* (Doc. 29). **IT IS THEREFORE ORDERED** that the Telephonic Status Conference scheduled for July 16, 2019, at 2:30 p.m. is hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE